UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SEBASTIAN LUBERS,

        Plaintiff,

v.

BARRY COWGER, et al.,

        Defendants.

Case No. C24-1988-KKE

ORDER

Because Plaintiff does not appear to have funds available to afford the $405.00 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED.  However, the undersigned recommends review by the assigned District Judge under 28 U.S.C. § 1915 (e)(2)(B).  The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

Dated this 9th day of December, 2024.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER - 1