UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SEBASTIAN LUBERS,<br><br>      Plaintiff(s),<br><br> v.<br><br>BARRY COWGER, et al.,<br><br>      Defendant(s). | CASE NO. C24-1988-KKE<br><br>ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE |

  The Court previously explained that Plaintiff's complaint (Dkt. No. 5) did not provide a clear basis for this Court's exercise of subject matter jurisdiction, and the Court ordered Plaintiff to file an amended complaint to clarify the basis for federal jurisdiction no later than January 10, 2025. Dkt. No. 6. Plaintiff did not file an amended complaint or otherwise respond to the Court's order. The Court warned Plaintiff that without clarification on jurisdiction, the Court may dismiss this case. *Id.*

  Because Plaintiff has failed to comply with the Court's order and has not shown that the Court has jurisdiction here, the Court DISMISSES the complaint without prejudice.

  Dated this 22nd day of January, 2025.

                *[signature]*

                Kymberly K. Evanson
                United States District Judge